UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHANIE ERENDS, | Case No. CV 12-7505-JSL(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| D.K. JOHNSON, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: Oct. 18, 2012

*Spencer Letts*

J. Spencer Letts
United States District Judge