UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHANIE ERENDS, | ) Case No. CV 12-7505-JSL(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| D.K. JOHNSON, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: Oct. 18, 2012

*[signature: Spencer Letts]*

_____
J. Spencer Letts
United States District Judge